CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

NOV 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, )
5100 Wisconsin Avenue, NW, Suite 400, )
Washington, D.C 20016, )
)
                    Plaintiff )  Case: 1:07-cv-02144
         VS )  Assigned To : Kennedy, Henry H.
UNITED STATES DEPARTMENT OF AGRICULTURE, )  Assign. Date : 11/28/2007
APHIS, LPA, FOIA )  Description: FOIA/Privacy Act
4700 River Road Unit 50 
Riverdale, MD 20737-1232, )
                  Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Physicians Committee for Responsible Medicine (PCRM)__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PCRM__ which have any outstanding securities in the hands of the public:

N/A (None)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

Mark Kennedy
Print Name

493380
BAR IDENTIFICATION NO.

PCRM, 5100 Wisconsin Ave, NW, Suite 400
Address

Washington, DC    20016
City    State    Zip Code

(202) 686 -2210  ext 315
Phone Number

2