UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | CASE: 1:07-cv-02144 |

## CERTIFICATE OF SERVICE

I, Mark Kennedy, certify that service of the Summons with Complaint was made. In compliance with FRCP 4(i), a Notice of Summons in a Civil Case and a copy of the complaint were sent on November 28, 2007, via registered or certified mail to:

USDA, APHIS, LPA, FOIA
4700 River Rd, Unit 50
Riverdale, MD 20737

U.S. Attorney's Office
555 4th St. NW
Washington, DC 20530

U.S. Attorney General
Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

_____
Mark Kennedy (Bar No. 493380)
**PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE**
5100 Wisconsin Avenue, N.W., Suite 400
Washington, D.C. 20016
(202) 686-2210 ext. 315
(202) 686-2155 (fax)

Dated: December 11, 2007

**Receipt 1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery

1. Article Addressed to:

USDA, APHIS, LPA,
FOIA
4700 River Rd. Unit 50
Riverdale, MD 20737

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0001 8320 5469

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540

---

**Receipt 2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Emmitt Parker  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): NOV 3 0 2007
C. Date of Delivery

1. Article Addressed to:

U.S. Attorney's Office
555 4th St. NW
Washington, DC 20530

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0001 8320 5476

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540

---

**Receipt 3**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Emmitt Parker  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): DEC 0 4 2007
C. Date of Delivery

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0001 8320 6343

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540