UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS COMMITTEE FOR <br> RESPONSIBLE MEDICINE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> AGRICULTURE, <br> 4700 River Road Unit 50 <br> Riverdale, MD 20737-1232, <br><br> Defendant. | Civil Case No. 07-2144 (HHK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR MOVE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of Agriculture ("USDA"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering or moving as to the Complaint from January 2, 2008 to February 1, 2008, a thirty day extension of time. Plaintiff, through its counsel, has graciously consented to the relief sought by this motion. The grounds for such relief are set forth below.

Plaintiff brings this case pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act. This case arises out of Plaintiffs' request of Defendant for certain information relating to the University of Wisconsin School of Medicine's use of live animals in medical education courses. The U.S. Attorney's Office was served with the Complaint on December 3, 2007. Promptly after the U.S. Attorney's Office was served, defense counsel contacted USDA to

obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials and prepare a response, matters and deadlines in other pending cases have prevented the completion of an appropriate response. Accordingly, deferring the filing of Defendant's answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Complaint be extended to, and including, February 1, 2008. A proposed order is attached.

Dated: December 27, 2007
      Washington, DC

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

___/s/_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2007, I caused the foregoing Consent Motion for an Enlargement of Time to Answer or Move to be served on counsel of record, including Plaintiff's counsel, via the Court's Electronic Case Filing System (ECF).

Dated: December 27, 2007
      Washington, D.C.

                              Respectfully submitted,

                                /s/
                            BRIAN P. HUDAK
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, NW
                            Washington, DC 20530
                            (202) 514-7143
                            brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 07-2144 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's first consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, February 1, 2008, to respond to the Complaint in this action.

_____          _____
Date                                             HENRY H. KENNEDY
                                                    United States District Judge


Copies to Counsel of Record by CM/ECF.