UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE,**<br>　　　　　　**Defendant.** | Civil Action 07-02144  (HHK) |

## ORDER

It is this 5th day of February 2008, hereby **ORDERED** that the parties shall file a joint case management plan by no later than February 20, 2008.  If the parties are unable to agree on such a plan, each party shall file its own proposed plan by that date.

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge