UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-2144 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO
FILE JOINT CASE MANAGEMENT PLAN**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of Agriculture ("USDA") and Plaintiff Physicians Committee for Responsible Medicine ("PCRM") jointly and respectfully move, by and through their undersigned counsel, for an enlargement of time to file a joint case management plan. Specifically, the parties request that the Court extend the deadline for filing a joint case management plan from February 20, 2008 to March 5, 2008, a two week extension of time. The grounds for this motion are set forth below.

Plaintiff brings this case pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act. This case arises out of Plaintiffs' request of Defendant for certain information relating to the University of Wisconsin, School of Medicine's use of live animals in medical education courses. The U.S. Attorney's Office was served with the Complaint on December 3, 2007. After an extension of time, USDA answered the Complaint on February 1, 2008.

Thereafter, USDA finalized its administrative response to PCRM's FOIA request and released additional documents to PCRM. In light of the USDA's finalized response, the parties

have been engaging in settlement negotiations. Accordingly, deferring the filing of the parties' joint case management plan by a reasonable amount of time will allow counsel sufficient time to explore settlement opportunities and potentially resolve this matter without the need for further litigation.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first request for an extension of this deadline and, in total, USDA's second request and PCRM's first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties a reasonable amount of additional time to explore settlement serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully requests that the time for filing a joint case management plan be extended to, and including, March 5, 2008. A proposed order is attached.

Dated: February 20, 2008
       Washington, DC

Respectfully submitted,

     /s/
MARK S. KENNEDY, D.C. BAR # 493380        JEFFREY A. TAYLOR, D.C. BAR #498610
Physicians Comm. For Responsible Medicine  United States Attorney
5100 Wisconsin Avenue, NW, Suite 400
Washington, DC 20016
(202) 686-2210

*Attorneys for Plaintiffs*                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                           Assistant United States Attorney

>                           /s/
> BRIAN P. HUDAK
> Assistant United States Attorney
> 555 4th Street, NW
> Washington, DC 20530
> (202) 514-7143
>
> *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Case No. 07-2144 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion for an enlargement of time to file a joint case management plan in this action, and for good cause shown, it is hereby:

ORDERED that parties' motion is GRANTED, and it is further

ORDERED that the parties shall have through, and including, March 5, 2008, to file a joint case management plan in this action.

_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　HENRY H. KENNEDY
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to Counsel of Record by CM/ECF.