UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 07-2144 (HHK) |

## STIPULATION OF SETTLEMENT

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff's attorney a lump sum of Three Thousand, Eight Hundred and Fifty dollars ($3,850.00) in attorneys' fees and costs in this matter.

3. Payment of the attorneys' fees and costs award will be made by a check drawn on the account of the United States as set forth in paragraph two, made payable to Plaintiff. Counsel for Defendant agrees that, upon notification of the Court ordering this Stipulation, they will promptly complete and transmit to the Treasury of the United States the documentation necessary to effectuate this payment.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this action.

5. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

9. Execution of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of these actions with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: March 4, 2008
       Washington, DC

Respectfully submitted,

_____
MARK S. KENNEDY, D.C. BAR # 493380
Physicians Comm. For Responsible Medicine
5100 Wisconsin Avenue, NW, Suite 400
Washington, DC 20016
(202) 686-2210

*Attorneys for Plaintiff*

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

SO ORDERED:

On this _____ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Judge

Copies to Counsel of Record by CM/ECF.

- 3 -